UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SEAN DZURENDA                      :        NO.:  3:20-cv-00119-JAM
                                   :
v.                                 :
                                   :
MIDDLETOWN POLICE DEPARTMENT     :        AUGUST 6, 2020

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the plaintiff,

Sean Dzurenda, and the defendants, Middletown, CT, Sergeant Dirga, Officer Van

Almkerk, Officer Matthew Nettis and Officer Andrew Brooks, report that they have

reached a settlement, and hereby stipulate that the plaintiff's claims against defendants

be dismissed with prejudice and with each party to bear his or its own costs and

attorneys' fees.

THE PLAINTIFF,                              THE DEFENDANTS,


By___/s/ Sean Dzurenda_____        By_____/s/ Beatrice S. Jordan_____
   Sean Dzurenda                            Beatrice S. Jordan
   95 Deepwood Drive                        Howd & Ludorf, LLC
   Manchester, CT  06040                    65 Wethersfield Avenue
   Ph.:  860 503-9557                       Ph:  (860) 249-1361
   Email: rockville04@aol.com               Fax:  (860) 249-7665
                                            Hartford, CT  06114-11921
                                            E-mail: bjordan@hl-law.com

## **CERTIFICATION**

This is to certify that on August 6, 2020, a copy of the foregoing Joint Stipulation of Voluntary Dismissal on behalf of Middletown, CT, Sergeant Dirga, Officer Van Almkerk, Officer Matthew Nettis and Officer Andrew Brooks was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


_____/s/ Beatrice S. Jordan_____
Beatrice S. Jordan